IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 14-CR-10040-EFM |
| | ) | |
| JOHN M. NOEL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## UNITED STATES' MOTION TO DISMISS

Comes now the United States of America, by and through its attorney Matt Treaster,

Assistant United States Attorney for the District of Kansas, and moves this Court, pursuant to

Fed. R. Crim. P. 48(a), to dismiss without prejudice the Indictment pending in this case against

defendant John M. Noel, as well as the Complaint filed on March 6, 2014 against the defendant.

Respectfully Submitted,

BARRY R. GRISSOM
United States Attorney

s/ Matt Treaster
_____
MATT TREASTER
Kan. S. Ct. No. 17473
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Tel.:  (316) 269-6481
Fax:  (316) 269-6484
Matt.Treaster@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.


s/ Matt Treaster
MATT TREASTER
Assistant United States Attorney